No. 4363.—Pueblo, apldo., *v.* The Manatí Bakery Co., aplte.—C. D. Arecibo. Infracción Ley de Pesas y Medidas. Marzo 9, 1931.

No. 4362.—Pueblo, apldo., *v.* The Manatí Bakery Co., aplte.—C. D. Arecibo. Infracción Ley de Pesas y Medidas. Marzo 9, 1931.

No. 4391.—Pueblo, apldo., *v.* Serrano, aplte.—C. D. Humacao. Infracción Ley de Automóviles. Marzo 16, 1931.

No. 4426.—Pueblo, apldo., *v.* Rodríguez et al., apltes.—C. D. Mayagüez. Delito contra la salud pública. Marzo 16, 1931.

No. 4366.—Pueblo, apldo., *v.* Coto et al., apltes.—C. D. Ponce. Acometimento y agresión grave. Enero 12, 1931.

No. 4382.—Pueblo, apldo., *v.* Rosado, aplte.—C. D. San Juan. Adulteración de leche. Febrero 16, 1931.

No. 4381.—Pueblo, apldo., *v.* La Cruz, aplte.—C. D. San Juan. Adulteración de leche. Febrero 16, 1931.

No. 4380.—Pueblo, apldo., *v.* Rosado, aplte.—C. D. San Juan. Adulteración de leche. Febrero 16, 1931.

No. 4383.—Pueblo, apldo., *v.* Santos, aplte.—C. D. San Juan. Acometimiento y agresión grave. Febrero 16, 1931.

No. 4385.—Pueblo, apldo., *v.* Rosa, aplte.—C. D. San Juan. Atentado a la vida. Febrero 16, 1931.

No. 4384.—Pueblo, apldo., *v.* Acevedo, aplte.—C. D. San Juan. Delito contra natura. Febrero 16, 1931.

No. 4386.—Pueblo, apldo., *v.* Oquendo, aplte.—C. D. San Juan. Delito contra natura. Febrero 16, 1931.

No. 4388.—Pueblo, apldo., *v.* Báez, aplte.—C. D. San Juan. Acometimiento y agresión grave. Febrero 16, 1931.

No. 4389.—Pueblo, apldo., *v.* García, aplte.— C. D. San Juan. Acometimiento y agresión grave. Febrero 16, 1931.

No. 4387.—Pueblo, apldo., *v.* Figueroa et als., apltes.—C. D. San Juan. Alterar la paz. Febrero 16, 1931.